LOUISE ZIMMERMAN, et al., Respondents, *v.* EMIL DIECKER-
HOFF et al., Appellants.

(Argued January 31, 1888; decided February 7, 1888.)

MOTION to dismiss appeal from order of the General Term
of the Supreme Court in the second judicial department,
made December 13, 1887, which reversed an order of Special
Term denying a motion on the part of plaintiff for inspection
of certain books and papers in defendant's possession, and
which granted said motion.

*Hector M. Hitchings* for motion.

*C. A. Davison* opposed.

Agree to dismiss appeal.
All concur.
Appeal dismissed.

---

JAMES F. CHILDS, Appellant, *v.* GEORGE C. GORDON,
Respondent.

(Argued January 31, 1888; decided February 7, 1888.)

MOTION to dismiss appeal from judgment of the General
Term of the Supreme Court in the fifth judicial department,
entered upon an order made at the January term, 1886, which
affirmed a judgment in favor of defendant entered upon the
report of a referee.

The motion was based upon the ground that the suit had
been compromised and settled.

*Cary & Rumsey* for motion.

*George H. Phelps* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.